### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JIMMY PARIS                                                                                              PLAINTIFF

v.                                           NO. 4:04CV00656JLH

UNION PACIFIC RAILROAD COMPANY                                                     DEFENDANT

v.

ARKANSAS MIDLAND RAILROAD COMPANY, INC.     CONSOLIDATED DEFENDANT

### ORDER

The motion to quash filed by Union Pacific Railroad Company is denied as moot. Document #260.

IT IS SO ORDERED this 15th day of December, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE